UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

TAMMY WHITAKER,

        Plaintiff,

    v.                                                  Case No. 21-cv-0266-bhl

C R BARD INC,
BARD PERIPHERAL VASCULAR INC,

        Defendants.

---

## ORDER
---

On April 6, 2021, the parties filed a joint motion to stay discovery and all pretrial deadlines until July 21, 2021 to allow the parties time to finalize a settlement agreement. (ECF No. 13.) The Court will grant the parties' motion. Accordingly,

**IT IS HEREBY ORDERED** that the parties' motion, (ECF No. 13), is **GRANTED** and discovery and all pretrial deadlines are stay until July 21, 2021.

**IT IS FURTHER ORDERED** that the Scheduling Conference set for April 29, 2021 is **CANCELED**.

**IT IS FURTHER ORDERED** that if the case has not settled by **July 21, 2021**, the parties shall file a joint status report updating the Court as to the status of the case.

Dated at Milwaukee, Wisconsin on April 13, 2021.

                                                    s/ Brett H. Ludwig
                                                    BRETT H. LUDWIG
                                                    United States District Judge